1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney, Chief,
   Complex and Defensive Litigation Section
5  JASON K. AXE
   Assistant United States Attorney
6  California Bar Number 187101
         Federal Building, Suite 7516
7        300 North Los Angeles Street
         Los Angeles, California 90012
8        Telephone: (213) 894-8790
         E-mail: Jason.Axe@usdoj.gov
9  Attorneys for Defendant

10

11                UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-10444 SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>**(L.R. 8-3)**<br><br>Complaint served: January 22, 2025<br>Current response date: March 24, 2025<br>New response date: March 31, 2025 |
|---|---|

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that pursuant to Local Rule 8-3, Defendant may have an
3  extension of time, up to and including March 31, 2025, within which to answer,
4  plead, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

Dated: March 21, 2025        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

/s/ *Michael Levin-Gesundheit*
Attorneys for Center for Immigration Law & Policy

Dated: March 21, 2025        JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief, Complex and Defensive Litigation Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-1-