BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8790
    E-mail: Jason.Axe@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-10444 SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>**(L.R. 8-3)**<br><br>Complaint served: January 22, 2025<br>Current response date: April 7, 2025<br>New response date: April 21, 2025 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to Local Rule 8-3, Defendant may have an extension of time, up to and including April 21, 2025, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

Dated: April 7, 2025

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

/s/ *Michael Levin-Gesundheit*
Attorneys for Center for Immigration Law & Policy

Dated: April 7, 2025

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief, Complex and Defensive Litigation Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.