**SCHEDULE OF PRETRIAL AND TRIAL DATES**

**CASE NAME:**
**CASE NO.:**

| Matter | Recommended Number Of Weeks Before FPTC | Stipulated Dates (may differ from recommended) |
|---|---|---|
| Trial Date (**Tuesday at 8:30 am**) <br> Jury ☐ Bench ☐ <br> Length: ** to ** days | n/a | |
| Final Pretrial Conf., LR 16; Hearing on Motions *in Limine* <ul><li>To be filed five court days before: (Proposed) Pretrial Conf. Order; optional *Voir Dire*; Joint Statement of the Case; Joint Witness List; Glossary; Joint Exhibit List</li></ul> | n/a | |
| Initial Pretrial Conf. (LR 16) <ul><li>To be filed 14 calendar days before: Motions *in Limine* (max. 4); Memorandum of Contentions of Fact and Law (LR 16-4); Joint and Disputed Jury Instructions; Verdict Forms</li><li>To be filed 7 calendar days before: Oppositions to Motions *in Limine*</li></ul> | 2 | |
| Last day to conduct Settlement Conf./ADR (LR 16-15) <br> Choose one: <br> ☐ Magistrate Judge _____ (cleared in advance) <br> ☐ Attorney Settlement Officer Panel <br> ☐ Private ADR | 5 | |
| Last day for **hearing** on dispositive motions | 12 | |
| Expert Discovery Cut-off | 13 | |
| Expert Disclosure (rebuttal) | 14 | |

Revised January

| | | |
|---|---|---|
| Expert Disclosure (initial) | 16 | |
| All Discovery Cut-off, including hearing on all discovery motions | 18 | |
| Last day to amend pleadings or add parties | 24 | |
| Status Conference | 24 (must be held at least six weeks before Discovery Cut-off) | |
| Last day for filing motion for class certification (if applicable) | | |
| Hearing on motion for class certification (if applicable) | | |

Revised January