# SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:** Center for Immigration Law & Policy v. U.S. Immigration and Customs Enforcement

**CASE NO.:** 2:24-cv-10444-SSC

| Matter | Recommended Number Of Weeks Before FPTC | Stipulated Dates (may differ from recommended) |
|---|---|---|
| **Trial Date (Tuesday at 8:30 am)**<br>Jury ☐ Bench ✓<br>Length: 1 to 1 days | n/a | 5/12/2026 |
| **Final Pretrial Conf., LR 16; Hearing on Motions *in Limine***<br>▪ To be filed five court days before: (Proposed) Pretrial Conf. Order; optional *Voir Dire*; Joint Statement of the Case; Joint Witness List; Glossary; Joint Exhibit List | n/a | 4/28/2026 |
| **Initial Pretrial Conf. (LR 16)**<br>▪ To be filed 14 calendar days before: Motions *in Limine* (max. 4); Memorandum of Contentions of Fact and Law (LR 16-4); Joint and Disputed Jury Instructions; Verdict Forms<br>▪ To be filed 7 calendar days before: Oppositions to Motions *in Limine* | 2 | 4/14/2026 |
| **Last day to conduct Settlement Conf./ADR (LR 16-15)**<br>Choose one:<br>✓ Magistrate Judge _____ (cleared in advance)<br>☐ Attorney Settlement Officer Panel<br>☐ Private ADR | 5 | 3/24/2026 |
| Last day for **hearing** on dispositive motions | 12 | 2/3/2026 |
| Expert Discovery Cut-off | 13 | n/a |
| Expert Disclosure (rebuttal) | 14 | n/a |
| Expert Disclosure (initial) | 16 | n/a |

**Exhibit A**

9

Revised January 2025

| | | |
|---|---|---|
| All Discovery Cut-off, including hearing on all discovery motions | 18 | n/a |
| Last day to amend pleadings or add parties | 24 | 11/11/2025 |
| Status Conference | 24 (must be held at least six weeks before Discovery Cut-off) | 11/18/2025 |
| Last day for filing motion for class certification (if applicable) | | n/a |
| Hearing on motion for class certification (if applicable) | | n/a |

**Exhibit A**
**10**