Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Michael Levin-Gesundheit (State Bar No. 292930)
mlevin@lchb.com
Celena H. Nelson (State Bar No. 356840)
chnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Center for Immigration Law & Policy*

[Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-10444-SSC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Stephanie S. Christensen |

*[Caption Page Continued - Additional Attorneys]*

Amber Qureshi
*(admitted pro hac vice)*
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
amber@qureshilegal.com
Tel: (443) 583-4353

*Attorney for Center for Immigration Law & Policy*

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal Bar No. 252624)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-3986/8790
        E-mail: Sarah.Cronin@usdoj.gov

*Attorneys for Defendant*
*U.S. Immigration and Customs Enforcement*

1  Plaintiff Center for Immigration Law and Policy ("Plaintiff") and Defendant U.S. Immigration and Customs Enforcement ("Defendant"), hereby submit their joint status report pursuant to the Court's Order (Dkt. 23).

On June 10, 2025, the parties reached an agreement as to the scope of Defendant's response to Plaintiff's FOIA request.

On June 20, 2025, Defendant produced records pursuant to the parties' agreement. Plaintiff, however, identified issues with the data regarding removals. Defendant agreed to rerun the search for this data and provide a revised set of removals data.

On July 2, 2025, Defendant produced the revised set of removals data, along with a revised set of the other categories of data Plaintiff requested.

Plaintiff has had problems accessing the records produced by Defendant. The parties are working through these issues and expect to have them resolved shortly.

Plaintiff has also claimed entitlement to attorney's fees. The parties are working to resolve Plaintiff's claim for attorney's fees.

The parties respectfully request that they have thirty-days, through and including August 8, 2025, to provide a follow up joint status report, or for Plaintiff to dismiss this lawsuit.

Respectfully submitted,

Dated: July 9, 2025

LAW OFFICE OF AMBER QURESHI, LLC

*/s/ Amber N. Qureshi\**
AMBER N. QURESHI
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

-1-

| | |
|---|---|
| 1 | |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | |
| 4 | CELENA H. NELSON |
| 5 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
| 8 | |
| 9 | Dated: July 9, 2025 |

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney, Chief
Complex and Defensive Litigation Section

*Sarah L. Cronin*
SARAH L. CRONIN
Assistant United States Attorney

*Attorneys for Defendant*

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing