Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Michael Levin-Gesundheit (State Bar No. 292930)
mlevin@lchb.com
Celena H. Nelson (State Bar No. 356840)
chnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Center for Immigration Law & Policy*

[Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-10444-SSC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Stephanie S. Christensen<br>United States Magistrate Judge |

1 | *[Caption Page Continued - Additional Attorneys]*

2 | Amber Qureshi
3 | *Pro hac vice application pending*
  | LAW OFFICE OF AMBER QURESHI, LLC
  | 6925 Oakland Mills Rd, PMB #207,
4 | Columbia, MD 21045
  | amber@qureshilegal.com
5 | Tel: (443) 583-4353

6 | *Attorney for Center for Immigration Law & Policy*

7 |

8 | BILAL A. ESSAYLI
  | Acting United States Attorney
9 | DAVID M. HARRIS
  | Assistant United States Attorney
10 | Chief, Civil Division
  | DANIEL A. BECK
11 | Assistant United States Attorney
  | Chief, Complex and Defensive Litigation Section
12 | SARAH L. CRONIN (Cal Bar No. 252624)
  | Assistant United States Attorney
13 |       Federal Building, Suite 7516
  |       300 North Los Angeles Street
14 |       Los Angeles, California 90012
  |       Telephone: (213) 894-3986/8790
15 |       E-mail: Sarah.Cronin@usdoj.gov

16 |

17 | *Attorneys for Defendant*
  | *U.S. Immigration and Customs Enforcement*

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1  Plaintiff Center for Immigration Law and Policy ("Plaintiff") and Defendant
2  U.S. Immigration and Customs Enforcement ("Defendant"), hereby submit their
3  joint status report pursuant to the Court's Order (Dkt. 25).
4  The parties have been working together to resolve issues with the revised set
5  of removals data initially produced by Defendant on June 20, 2025. Defendant
6  produced another set of revised data on July 2, 2025, but there continued to be
7  issues with the removals data. Defendant produced another set of revised removals
8  data, along with a revised set of the other categories of data Plaintiff requested,
9  which Plaintiff received today, August 8, 2025. Defendant expects that this latest
10 production will resolve the remaining issues regarding the removals data.
11 Plaintiff has also claimed entitlement to attorney's fees. The parties are
12 working to resolve Plaintiff's claim for attorney's fees and have continued to
13 exchange information in this regard.
14 The parties respectfully request that they have thirty-days, through and
15 including September 8, 2025, to provide a follow up joint status report, or for
16 Plaintiff to dismiss this lawsuit.

Respectfully submitted,

Dated: August 8, 2025

LAW OFFICE OF AMBER QURESHI, LLC

*/s/ Amber N. Qureshi\**
AMBER N. QURESHI
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

CELENA H. NELSON
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

|    |    |
|----|----|
|    | *Attorneys for Plaintiff* |
| Dated: August 8, 2025 | BILAL A. ESSAYLI<br>Acting United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>DANIEL A. BECK<br>Assistant United States Attorney, Chief<br>Complex and Defensive Litigation Section |
|    | *Sarah L. Cronin*<br>SARAH L. CRONIN<br>Assistant United States Attorney |
|    | *Attorneys for Defendant* |

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing