Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Michael Levin-Gesundheit (State Bar No. 292930)
mlevin@lchb.com
Celena H. Nelson (State Bar No. 356840)
chnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Center for Immigration Law & Policy*

[Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 2:24-cv-10444-SSC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Stephanie S. Christensen<br>United States Magistrate Judge |

*[Caption Page Continued - Additional Attorneys]*

Amber Qureshi
*Pro hac vice application pending*
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
amber@qureshilegal.com
Tel: (443) 583-4353

*Attorney for Center for Immigration Law & Policy*

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986/8790
    E-mail: Sarah.Cronin@usdoj.gov

*Attorneys for Defendant*
*U.S. Immigration and Customs Enforcement*

1     Plaintiff Center for Immigration Law and Policy ("Plaintiff") and Defendant
2 U.S. Immigration and Customs Enforcement ("Defendant"), hereby submit their
3 joint status report pursuant to the Court's Order (Dkt. 27).
4     Defendant produced a set of revised removals data, along with a revised set
5 of the other categories of data Plaintiff requested, which Plaintiff received on
6 August 8, 2025. Defendant has confirmed that this latest set of data is the correct
7 data. Defendant has now completed its processing of the FOIA request.
8     Plaintiff has concerns regarding the completeness of the revised removals
9 data. Plaintiff has questions regarding why there was a substantial change in the
10 number of removals between the dataset from late June 2025 and the dataset from
11 late July 2025. Defendant is now working to provide Plaintiff with further
12 information regarding the methodologies that were applied to the removals data in
13 order to explain why the numbers changed. Plaintiff has requested that Defendant
14 provide this further information to Plaintiff by September 19. Defendant expects to
15 provide further information this week.
16     Plaintiff has also claimed entitlement to attorney's fees. The parties are
17 working to resolve Plaintiff's claim for attorney's fees and Defendant is preparing
18 to make Plaintiff an offer in this regard now that it has received detailed billing
19 information from the Lieff Cabraser law firm.
20     The parties respectfully request that they have thirty-days, through and
21 including October 8, 2025, to provide a follow up joint status report, or for Plaintiff
22 to dismiss this lawsuit.

Respectfully submitted,

Dated: September 8, 2025         LAW OFFICE OF AMBER
                                 QURESHI, LLC

                                 */s/ Amber N. Qureshi*\*
                                 AMBER N. QURESHI
                                 6925 Oakland Mills Rd, PMB #207,
                                 Columbia, MD 21045
                                 Telephone: (443) 583-4353

-1-

|    |    |
|----|----|
| 1  |    |
| 2  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3  | /s/ Celena Nelson |
| 4  | CELENA H. NELSON<br>275 Battery Street, 29th Floor |
| 5  | San Francisco, CA 94111-3339<br>Telephone: 415.956.1000 |
| 6  | Facsimile: 415.956.1008 |
| 7  | *Attorneys for Plaintiff* |
| 8  |    |
| 9  | Dated: September 8, 2025    BILAL A. ESSAYLI |
| 10 | Acting United States Attorney<br>DAVID M. HARRIS |
| 11 | Assistant United States Attorney<br>Chief, Civil Division |
| 12 | DANIEL A. BECK<br>Assistant United States Attorney, Chief |
| 13 | Complex and Defensive Litigation Section |
| 14 | *Sarah L. Cronin* |
| 15 | SARAH L. CRONIN<br>Assistant United States Attorney |
| 16 | *Attorneys for Defendant* |
| 17 | *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and |
| 18 | on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |