Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena H. Nelson (State Bar No. 356840)
chnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Center for Immigration Law & Policy*

[Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | No. 2:24-cv-10444-SSC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Stephanie S. Christensen<br>United States Magistrate Judge |

*[Caption Page Continued - Additional Attorneys]*

Amber Qureshi
*Admitted pro hac vice*
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
amber@qureshilegal.com
Tel: (443) 583-4353

*Attorney for Center for Immigration Law & Policy*

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    E-mail: Sarah.Cronin@usdoj.gov

*Attorneys for Defendant*
*U.S. Immigration and Customs Enforcement*

Plaintiff Center for Immigration Law and Policy ("Plaintiff") and Defendant U.S. Immigration and Customs Enforcement ("Defendant"), hereby submit their joint status report pursuant to the Court's Order (Dkt. 32).

The ICE-FOIA office remains furloughed due to the lapse in appropriations by Congress that occurred at the end of the day on September 30, 2025. Once Congress has restored appropriations, the parties expect that they will be able to resolve the remaining issues in this lawsuit pursuant to the parties' tentative settlement agreement.

The parties respectfully request that they have thirty-days, through and including December 8, 2025, to provide a follow up joint status report, or for Plaintiff to dismiss this lawsuit.

Respectfully submitted,

Dated: November 7, 2025

LAW OFFICE OF AMBER QURESHI, LLC

*/s/ Amber N. Qureshi*
AMBER N. QURESHI
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

CELENA H. NELSON
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiff*

Dated: November 7, 2025

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK

-1-

-2-

                                              Assistant United States Attorney, Chief
Complex and Defensive Litigation Section

*Sarah L. Cronin*\*
SARAH L. CRONIN
Assistant United States Attorney

*Attorneys for Defendant*

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-2-