Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Celena H. Nelson (State Bar No. 356840)
chnelson@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Center for Immigration Law & Policy*

[Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR IMMIGRATION LAW & POLICY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | No. 2:24-cv-10444-SSC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Stephanie S. Christensen<br>United States Magistrate Judge |

*[Caption Page Continued - Additional Attorneys]*

Amber Qureshi
*Admitted pro hac vice*
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
amber@qureshilegal.com
Tel: (443) 583-4353

*Attorney for Center for Immigration Law & Policy*

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    E-mail: Sarah.Cronin@usdoj.gov

*Attorneys for Defendant*
*U.S. Immigration and Customs Enforcement*

Plaintiff Center for Immigration Law and Policy ("Plaintiff") and Defendant U.S. Immigration and Customs Enforcement ("Defendant"), hereby submit their joint status report pursuant to the Court's Order (Dkt. 36).

On November 25, 2025, Defendant produced additional data as part of a settlement agreement between the parties to resolve the remaining issues in this lawsuit, including Plaintiff's claim for attorney's fees.

On December 2, 2025, the parties held a conference in which Plaintiff identified a few questions it had regarding the data produced by Defendant on November 25, 2025. Although Defendant provided a response to Plaintiff's questions, Plaintiff informed Defendant that it did not believe Defendant's response addressed the questions raised by Plaintiff regarding the data.

On December 8, 2025, Plaintiff provided an email detailing the questions that it had with the data provided as part of the parties' settlement agreement. Defendant then looked into these questions further.

On January 2, 2026, the parties held a conference in which Defendant provided additional information regarding the data released on November 25, 2025. Plaintiff asked that Defendant send the additional information provided during the conference in writing and Defendant did so the same day.

The parties respectfully request that they have an additional thirty-days, through and including February 2, 2026, to provide a follow up joint status report, or for Plaintiff to dismiss this lawsuit.

Respectfully submitted,

Dated: January 2, 2026

LAW OFFICE OF AMBER QURESHI, LLC

*/s/ Amber N. Qureshi*
AMBER N. QURESHI
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

|   |   |
|---|---|
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | *[signature]* |
|   | CELENA H. NELSON<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
|   | *Attorneys for Plaintiff* |
| Dated: January 2, 2026 | TODD BLANCHE<br>Deputy Attorney General<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>DANIEL A. BECK<br>Assistant United States Attorney, Chief<br>Complex and Defensive Litigation Section |
|   | *Sarah L. Cronin**<br>SARAH L. CRONIN<br>Assistant United States Attorney |
|   | *Attorneys for Defendant* |

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing