1 | Kelly M. Dermody (State Bar No. 171716)
  | kdermody@lchb.com
2 | Celena H. Nelson (State Bar No. 356840)
  | chnelson@lchb.com
3 | **LIEFF CABRASER HEIMANN &**
  | **BERNSTEIN, LLP**
4 | 275 Battery Street, 29th Floor
  | San Francisco, CA 94111-3339
5 | Telephone: 415.956.1000
6 | Facsimile: 415.956.1008

7 | *Attorneys for Center for Immigration Law & Policy*

8 | [Additional counsel on the next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CENTER FOR IMMIGRATION LAW & POLICY, | No. 2:24-cv-10444-SSC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | Hon. Stephanie S. Christensen |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | United States Magistrate Judge |
| Defendant. | |

*[Caption Page Continued - Additional Attorneys]*

Amber Qureshi
*Admitted pro hac vice*
LAW OFFICE OF AMBER QURESHI, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
amber@qureshilegal.com
Tel: (443) 583-4353

*Attorney for Center for Immigration Law & Policy*

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH L. CRONIN (Cal Bar No. 252624)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3986
    E-mail: Sarah.Cronin@usdoj.gov

*Attorneys for Defendant*
*U.S. Immigration and Customs Enforcement*

1 | Plaintiff Center for Immigration Law and Policy and Defendant U.S. Immigration and Customs Enforcement hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, with each party bearing its own attorney's fees and costs.

Respectfully submitted,

Dated: February 2, 2026

LAW OFFICE OF AMBER QURESHI, LLC

*/s/ Amber N. Qureshi\**
AMBER N. QURESHI
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

CELENA H. NELSON
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiff*

Dated: February 2, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney, Chief
Complex and Defensive Litigation Section

*Sarah L. Cronin*
SARAH L. CRONIN
Assistant United States Attorney

*Attorneys for Defendant*

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing